UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 23, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Hilario David Chacaj, Individually and on Behalf of All Others Similarly Situated, § § § § § | |
| Plaintiff, § § | |
| versus § | Civil Action No. 4:16-cv-00380 |
| § § | |
| Doneraki Gulfgate, Inc., et al, § § § | |
| Defendants. § | |

## Interlocutory Opinion on Summary Judgment

1. *Introduction.*

    A worker sues his former employer, saying that he was not paid for hours worked. He will prevail.

2. *Background.*

    Hilario David Chacaj is a former dish-washer and kitchen helper. He was employed from February 2, 2012, to March 2, 2015, by Doneraki Gulfgate, Inc. controlled by Cesar Rodriguez and Magdalena Rodriguez through a collection of corporations that do business as Doneraki's Mexican Restaurant. Chacaj says that Doneraki did not pay him for all hours he worked, under-paying for his overtime, and not keeping accurate records of the hours worked.

3. *Conclusion*

    Doneraki did not respond to Chacaj's motion for summary judgment. Doneraki's non-response means no genuine issue of material fact remains disputed. Chacaj's summary judgment is granted. Doneraki is obliged to pay Chacaj's owed wages. A hearing will be held to calculate damages.

    Signed on January 23, 2017, at Houston, Texas.

    Lynn N. Hughes
    United States District Judge